

# NUMBER 13-16-00467-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE CRYSTAL LUNA

## On Petition for Writ of Mandamus.

## ORDER

**Before Justices Rodriguez, Benavides, and Perkes**
**Per Curiam Order**

Relator, Crystal Luna, filed a petition for writ of mandamus and an Emergency Motion for Stay of Trial in the above cause on August 22, 2016. Through this original proceeding, relator seeks review of the trial court's order granting State Farm's motion to quash relator's proposed deposition of a State Farm representative. Through Emergency Motion for Stay of Trial, relator seeks a stay in the underlying lawsuit during the pendency of the mandamus proceeding.

The Court, having examined and fully considered the motion for emergency relief, is of the opinion that the motion for emergency relief should be granted. The motion is

GRANTED and the trial court trial date set for August 29, 2016, is ordered STAYED pending further order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real party in interest, State Farm Mutual Automobile Insurance Company, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
23rd day of August, 2016.